# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

LEONARD AUTOMATICS, INC.,

    *Plaintiff*

v.

    Civil Action No. 3:24-cv-287

WILLIAM C. HOUSER,

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

William C. Houser
2403 Clemson Lane
Stanley, North Carolina 28164

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samuel Alexander Long, Jr.
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Date: 03/08/2024

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.** 3:24-cv-287

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

  **This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏  **I personally served the summons on the defendant at**
  *(place)*_____
  **on** *(date)* _____; **or**

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
  _____, **a person of suitable age and discretion who**
  **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
  **known address; or**

❏  **I served the summons on** *(name of individual)* _____,
  **who is designated by law to accept service of process on behalf of** *(name of organization)*
  _____ **on** *(date)* _____; **or**

❏  **I returned the summons unexecuted because** _____; **or**

❏  **Other** *(specify)*:
  _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$_____.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                       **Server's signature**

                    _____
                         **Printed name and title**

                    _____
                         **Server's address**

**Additional information regarding attempted service, etc:**